N. FRANKHAUSER, *as Sheriff of Osage County*, v. MYRA A. EDWARDS.

CASE, *Followed.* As the case of *McNamara v. Culver*, 22 Kas. 661, declares the law applicable to the facts appearing in this record, the judgment is affirmed.

*Error from Osage District Court.*

ACTION by *Myra A. Edwards* against The Excelsior Manufacturing Company and *N. Frankhauser*, as sheriff of Osage county. Judgment for the plaintiff. Defendant Frankhauser comes to this court.

*Pleasant & Pleasant*, and *Robert C. Heizer*, for plaintiff in error.

*Ellis Lewis*, and *B. F. Hendrix*, for defendant in error.

*Per Curiam:* We find no error in the record in this case, nor anything requiring especial mention. As the case of *McNamara v. Culver*, 22 Kas. 661, declares the law applicable to the facts appearing in this record, the judgment is affirmed.